IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY QUINN AND LISA QUINN,

    Plaintiffs,                                CASE NO.:

vs.

RENAISSANCERE SPECIALTY US LTD,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, RENAISSANCERE SPECIALTY US LTD ("RenRe"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

1. On May 22, 2023, Plaintiffs, TIMOTHY QUINN and LISA QUINN ("Plaintiffs"), filed this action in the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, Case No. 2023-31913-CICI ("State Action").

2. On June 5, 2023, RenRe was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    A.    Civil Cover Sheet;

    B.    Notice of Service of Process;

  C. Summons;

  D. Plaintiffs' Complaint and Demand for Jury Trial;

  E. Plaintiffs' Notice of Serving of First Interrogatories to Defendant;

  F. Plaintiffs' First Request for Admissions to Defendant;

  G. Plaintiffs' First Request for Production to Defendant;

  H. RenRe's Notice of Appearance and Designation of E-Mail Addresses;

  I. RenRe's Answer and Affirmative Defenses;

  J. RenRe's Certification and Notice of Filing Notice of Removal; and

  K. RenRe's Notice of Removal to Opposing Counsel.

 3. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C. § 1446(b).

**DIVERSITY OF CITIZENSHIP**

 4. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiffs and RenRe.

 5. For purposes of determining diversity of citizenship, an individual is a citizen of the state in which he or she is domiciled, which is the state where the individual maintains his or her "true, fixed, and permanent home." *McCormick v.*

*Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (per curiam). A corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center'").

6. The undersigned ran a public records search on Plaintiff TIMOTHY QUINN which revealed as follows: (1) TIMOTHY QUINN's current permanent residence is located in the State of Florida; (2) TIMOTHY QUINN holds a Florida driver's license; and (3) TIMOTHY QUINN owns a motor vehicle registered in the State of Florida. Therefore, TIMOTHY QUINN is a citizen of the State of Florida.

7. The undersigned ran a public records search on Plaintiff LISA QUINN which revealed as follows: (1) LISA QUINN is registered to vote in the State of New York; (2) LISA QUINN owns a motor vehicle registered in the State of New York; and (3) LISA QUINN holds a professional license issued by the State of New York. Therefore, LISA QUINN is a citizen of the State of New York.

8. Furthermore, at all times material to this action, RenRe was and is a foreign corporation organized under the laws of Bermuda with its principal place of business in Bermuda. Accordingly, at all times material to this action, RenRe was a citizen of the Bermuda. RenRe is not a citizen of or incorporated in the State of New York or the State of Florida and does not have its principal of business in either the State of New York of the State of Florida.

9. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

10. Prior to the filing of the State Action, Plaintiffs' counsel filed a Property Insurance Notice of Intent to Initiate Litigation with the Florida Department of Financial Services ("Notice") which conveyed a Presuit Settlement Demand of $122,870.00. Attached with the Notice was a repair estimate dated March 6, 2023, from Exact Building Consultants, Inc. in the amount of $122,869.71. A copy of the Notice and repair estimate are attached hereto as **Composite Exhibit "2."**

11. The subject Policy's hurricane deductible is $15,000.00.

12. RenRe has not issued any payments to Plaintiffs in connection with the subject insurance claim.

13. Thus, the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

14. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiffs and RenRe have complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See Lawrence v. Univ. Hosp.*, 773 Fed. Appx. 577, 578 (11th Cir. 2019) ("District courts have subject matter jurisdiction over civil actions between citizens of different states, or between citizens of a state and citizens of a foreign country, where the amount in controversy exceeds $75,000.") (citing 28 U.S.C. § 1332(a)).

15. RenRe has noticed the adverse party, Plaintiffs, of this Removal by

notifying Plaintiffs' attorney of record.  *See* **Composite Exhibit "1."**

16. RenRe has filed a written notice with the Clerk of the Court of the Seventh Judicial Circuit in and for Volusia County, Florida in compliance with 28 U.S.C § 1446 (d).  *See* **Composite Exhibit "1."**

>BUTLER WEIHMULLER KATZ CRAIG LLP
>
>s/ D. Grayson Kelly
>D. GRAYSON KELLY, ESQ.
>Florida Bar No.:  86022
>gkelly@butler.legal
>VIVIANA SALETNIG, ESQ.
>Florida Bar No: 1018469
>vsaletnig@butler.legal
>Secondary:   hcaraballo@butler.legal
>400 N. Ashley Drive, Suite 2300
>Tampa, Florida  33602
>Telephone:   (813) 281-1900
>Facsimile:   (813) 281-0900
>*Attorneys for Defendant, RenaissanceRe Specialty U.S. Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

>Andrew Carlson, Esq.
>Cohen Law Group
>350 North Lake Destiny Road
>Maitland, FL 32751
>acarlson@itsaboutjustice.law
>Attorney For: Plaintiffs

>>s/ D. Grayson Kelly
>>D. GRAYSON KELLY, ESQ.